**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLD DEVONNE BUTLER,<br><br>    Petitioner,<br><br>  vs.<br><br>THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,<br><br>    Respondents.<br>_____/ | No. CIV S-08-1434-CMK-P<br><br><br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for voluntary dismissal of this action without prejudice (Doc 7). See Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254. Petitioner has voluntarily consented to the undersigned magistrate judge conducting all proceedings in this case.

        The court previously issued an order to show cause why this case should not be summarily dismissed for failure to exhaust state court remedies. In response, petitioner has filed this request to voluntarily dismiss this case in order to exhaust his state remedies. Petitioner's request will be honored. However, he is cautioned that the habeas corpus statute imposes a one year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most

cases, the one year period will start to run on the date on which the state court judgment became final by the conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending. 28 U.S.C. § 2244(d).

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (Doc. 6) is discharged;
2. Petitioner's request for voluntary dismissal is granted; and
3. This action is dismissed without prejudice. See Fed. R. Civ. P. 41(a).

DATED: November 19, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE